FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★   MAR 05 2013   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
BEAUDIN ROSEMBERT,

        Plaintiff,

    -against-

WINTHROP UNIVERSITY HOSPITAL,

        Defendant.
---------------------------------------------------X

**ORDER**
13-CV-01074 (SJF)(ARL)

FEUERSTEIN, District Judge:

On February 20, 2013, *pro se* plaintiff Beaudin Rosembert ("plaintiff") commenced this action against his former employer, Winthrop University Hospital ("defendant"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), alleging that defendant discriminated against him on the basis of his race and national origin. Accompanying the complaint is an application to proceed *in forma pauperis*.

Upon review of plaintiff's declaration in support of his application to proceed *in forma pauperis*, the Court has determined that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is GRANTED. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshals Service for service upon the defendant without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiff at his last known address.

**SO ORDERED.**

                                      s/ Sandra J. Feuerstein

                                      Sandra J. Feuerstein
                                      United States District Judge

Dated: March 5, 2013
       Central Islip, New York